UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1101 THOMAS P. ONEILL, JR., FEDERAL BUILDING
10 CAUSEWAY STREET
BOSTON, MASSACHUSETTS 0222-1074

**JAMES M. LYNCH**
CLERK

(617)565-6051
FAX (617)565-6087

WORCESTER OFFICE
595 MAIN STREET
WORCESTER, MA 01608-2076
(508)793-0518
FAX (508)793-0541

2004 MAY 24 PM 2:52

U.S. DISTRICT COURT
DISTRICT OF MASS.
5/24/04

United States District Court
District of Massachusetts
Harold D. Donohue Federal Building & Courthouse
595 Main Street
Worcester, MA 01608


Bankruptcy Case/Adversary Preceeding In Re: Jalbert v. Alcatel USA Marketing, Inc.
Bankruptcy Case/Adversary Preceeding In Number: AP 03-4741


The following is being transmitted to your court:

- ☑ Copy of Notice of Appeal with Order
- ☑ Copy of Bankruptcy Docket
- ☑ Copy of Election to have appeal heard in District Court
- ☑ Copy of Motion for Leave to Appeal With/Without Objections
- ☑ Other Copy of #9 Motion for Leave to File Amended Answer


**Please acknowledge receipt of these documents by signing the copy of this letter and returning it to this office for filing.**

○ United States Bankruptcy Court
1101 O'Neill Federal Building
10 Causeway Street
Boston, MA 02222-1074

● United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608-2076

---

Date: 5/24/04

James M. Lynch
Clerk, U.S. Bankruptcy Court


By the Court,

Joanne M. Ryan
Deputy Clerk
(508) 770-8921

---

Receipt is acknowledged of the enclosures referred to above.

District Court Docket Number: _____
Date: _____

By: _Sherry Jones_
Deputy Clerk

**04-40088-PBS**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

2004 MAY 24  P 2: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| In re<br><br>ACT MANUFACTURING, INC. et al.,<br><br>Debtors. | Chapter 11<br>Case No. 01-47641-JBR<br>(Substantively Consolidated)<br><br>04-40088 PBS |
| CRAIG R. JALBERT, LIQUIDATING CEO, AS REPRESENTATIVE OF THE ESTATE OF THE CONSOLIDATED DEBTORS,<br><br>Plaintiff,<br><br>v.<br><br>ALCATEL USA MARKETING, INC.,<br><br>Defendant. | Adversary Proceeding<br>No. 03-4741 |

## NOTICE OF APPEAL

Defendant Alcatel USA Marketing, Inc. ("Marketing") hereby gives notice of its appeal pursuant to 28 U.S.C. § 158(a) and Fed. R. Bankr. P. 8001 from the judgment, order, or decree of the United States Bankruptcy Court for the District of Massachusetts, Western Division, Rosenthal, J., denying the *Motion of Defendant Alcatel USA Marketing, Inc. for Leave to File Amended Answer* entered on May 12, 2004 (the "Order") in the above captioned adversary proceeding.

The names of all parties to the Order appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

1

Defendant/Appellant, Alcatel USA Marketing, Inc.

*represented by:*

Bruce F. Smith, Esq.
Steven C. Reingold, Esq.
Michael J. Fencer, Esq.
JAGER SMITH P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 951-0500

    - and -

Joseph A. Friedman, Esq.
KANE, RUSSELL, COLEMAN & LOGAN, P.C.
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
(214) 777-4200

Plaintiff/Appellee, Craig R. Jalbert, Liquidating CEO and
Representative of the Estate of the
Consolidated Debtors

*represented by:*

Douglas R. Gooding, Esq.
Joseph M. Downes III, Esq.
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, Massachusetts 02109
(617) 248-5277

ALCATEL USA MARKETING, INC.

By its attorneys,

/s/ Michael J. Fencer

---

Bruce F. Smith (BBO No. 467900)
Steven C. Reingold (BBO No. 638649)
Michael J. Fencer (BBO No. 648288)
JAGER SMITH P.C.
One Financial Center
Boston, Massachusetts 02111
telephone: (617) 951-0500
facsimile: (617) 951-2414
email: mfencer@jagersmith.com

- and -

Joseph A. Friedman, Esq. (Admitted PHV)
KANE, RUSSELL, COLEMAN & LOGAN, P.C.
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
telephone: (214) 777-4200
facsimile: (214) 777-4299
email: friedmj@krcl.com

Dated: May 13, 2004

## CERTIFICATE OF SERVICE

I, Michael J. Fencer, hereby certify that on the 13th day of May, 2004, I caused a true and accurate copy of the within *Notice of Appeal* to be served upon counsel for plaintiff, Douglas R. Gooding, Esq. and Joseph M. Downes III, Esq., Choate, Hall & Stewart, Exchange Place, 53 State Street, Boston, Massachusetts 02109, via first class mail, postage prepaid.

/s/ Michael J. Fencer

---

Michael J. Fencer, Esq.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order

In Re: Jalbert v. Alcatel USA Marketing, Inc.

Case Number: 03-04741 ( JBR )

Chapter:

MOVANT/APPLICANT/PARTIES

In re ACT MANUFACTURING, INC., 01-47641
#9 Motion of Defendant, Alcatel USA Marketing, Inc. for Leave to File Amended Answer and #20 Opposition of Plaintiff
Steven C. Reingold and Joseph A. Friedman for Defendant
Joseph M. Downes for Plaintiff

**COURT ACTION:**

Show Cause Order _____ Released _____ Enforced
_____ Granted _____ Approved _____ Moot
#9 Denied _____ Denied without Prejudice
_____ Withdrawn in Open Court
_____ Sustained _____ Overruled
_____ Continued to: _____
_____ Proposed Order to be Submitted by: _____
_____ Stipulation to be Submitted by: _____
_____ Taken Under Advisement

**DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:**

For the reasons set forth on the record, the Motion is denied.

SO ORDERED:

*Joel B. Rosenthal*     Dated: 5/12/04
Joel B. Rosenthal