UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(Western Division)

|  |  |  |
|---|---|---|
| CRAIG R. JALBERT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | No. 04-40088 |
| v. | ) | |
| | ) | |
| ALCATEL USA MARKETING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, William S. McMahon, do hereby certify that on May 26, 2004, I caused copies of the following to be served by hand delivery, on the following parties:

1. Plaintiff's Motion To Dismiss Appeal;

2. this related Certificate of Service.

Bruce F. Smith, Esq.
Steven C. Reingold, Esq.
Jager Smith P.C.
One Financial Center
Boston, MA 02111

/s/ William S. McMahon
William S. McMahon