UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br><br>ACT MANUFACTURING, INC. et al.,<br><br>  Debtors.<br><br>———————————————<br><br>CRAIG R. JALBERT, LIQUIDATING CEO, AS REPRESENTATIVE OF THE ESTATE OF THE CONSOLIDATED DEBTORS,<br><br>  Plaintiff,<br><br>v.<br><br>ALCATEL USA MARKETING, INC.,<br><br>  Defendant. | Chapter 11 Bankruptcy<br>Case No. 01-47641-JBR<br>(Substantively Consolidated)<br><br><br><br><br><br>Civil Action<br>No. 04-40088-PBS |

**MOTION TO DEFER DISPOSITION OF DEFENDANT'S
MOTION FOR LEAVE TO APPEAL AND REQUEST FOR ORAL ARGUMENT**

To the Honorable Patti B. Saris, United States District Court Judge:

Defendant Alcatel USA Marketing, Inc. ("Marketing") hereby moves that this Court defer its ruling on the *Defendant's Motion for Leave to Appeal and Request for Oral Argument*. As grounds for the foregoing request, the Defendant states that the parties have reached an agreement to settle the above referenced adversary proceeding, which, if approved by the United States Bankruptcy Court for the District of Massachusetts, will render the appeal moot, after which the Defendant will file a notice of dismissal of the appeal with prejudice.

1

                ALCATEL USA MARKETING, INC.

                By its attorneys,

                /s/ Michael J. Fencer

                _____
                Bruce F. Smith (BBO No. 467900)
                Steven C. Reingold (BBO No. 638649)
                Michael J. Fencer (BBO No. 648288)
                JAGER SMITH P.C.
                One Financial Center
                Boston, Massachusetts 02111
                telephone: (617) 951-0500
                facsimile: (617) 951-2414
                email: mfencer@jagersmith.com

                    - and -

                Joseph A. Friedman, Esq. (Admitted PHV)
                KANE, RUSSELL, COLEMAN & LOGAN, P.C.
                3700 Thanksgiving Tower
                1601 Elm Street
                Dallas, Texas 75201
                telephone: (214) 777-4200
                facsimile: (214) 777-4299
                email: friedmj@krcl.com

Dated: June 9, 2004