UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | Chapter 11 Bankruptcy |
| ACT MANUFACTURING, INC. et al., | ) | Case No. 01-47641-JBR |
| | ) | (Substantively Consolidated) |
| Debtors. | ) | |
| | ) | |
| ALCATEL USA MARKETING, INC., | ) | |
| | ) | Civil Action |
| Appellant, | ) | No. 04-40088-PBS |
| | ) | |
| v. | ) | |
| | ) | |
| CRAIG R. JALBERT, LIQUIDATING | ) | |
| CEO, AS REPRESENTATIVE OF THE | ) | |
| ESTATE OF THE CONSOLIDATED | ) | |
| DEBTORS, | ) | |
| | ) | |
| Appellee. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL OF BANKRUPTCY APPEAL

The appellant and the appellee herein hereby stipulate pursuant to Fed. R. Bankr. P. 8001(c)(2) to the dismissal of the above captioned bankruptcy appeal *with prejudice*, with all parties hereto to bear their own costs.

Pursuant to Rule J(2) of the Electronic Case Filing Administrative Procedures of the United States District Court for the District of Massachusetts, the undersigned counsel to Alcatel USA Marketing, Inc. hereby represents that the other signatories hereto have expressly agreed to the form and substance of this document, and have given their actual authority to submit the same electronically.

ALCATEL USA MARKETING, INC.,

By its attorneys,

/s/ Michael J. Fencer
Bruce F. Smith (BBO# 467900)
Michael J. Fencer (BBO# 648288)
JAGER SMITH P.C.
One Financial Center
Boston, MA  02111-2621
Phone (617) 951-0500
Fax (617) 951-2414
mfencer@jagersmith.com

-and-

Joseph A. Friedman
KANE, RUSSELL,
COLEMAN & LOGAN P.C.
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Phone (214) 777-4287
Fax (214) 777-0049

CRAIG R. JALBERT,
LIQUIDATING CEO, AS
REPRESENTATIVE OF THE ESTATE
OF THE CONSOLIDATED DEBTORS,

By his attorneys,

/s/ Joseph M. Downes III
Douglas R. Gooding (BBO #558976)
Joseph M. Downes III (BBO #655853)
Choate, Hall & Stewart
Exchange Place, 53 State Street
Boston, Massachusetts  02109-2891
Tel.:  (617) 248-5000
Fax:  (617) 248-4000

Dated:  July 27, 2004